UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT KENNETH BURKOWSKI #312918,

           Petitioner,           Case No. 1:13cv1163

v.           Hon. Robert J. Jonker

CARMEN PALMER,

           Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 12, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed November 12, 2013, is approved and adopted as the opinion of the court.

      **IT IS ORDERED** that the habeas corpus petition is DENIED as barred by the one-year statute of limitations.

      **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.  *See Slack v. McDaniel*, 529 U.S. 473 (2000).

                          /s/ Robert J. Jonker
                          ROBERT J. JONKER
                          UNITED STATES DISTRICT JUDGE

DATED:  December 30, 2013.